# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CELIA ISAAC o/b/o JDM, Jr., a minor, | : | |
| Plaintiff, | : | |
| v. | : | CA 1:12-00097-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be **AFFIRMED**.

**DONE** this the 30th day of October, 2012.

                                                     s/WILLIAM E. CASSADY
                                                   **UNITED STATES MAGISTRATE JUDGE**